ORIGINAL

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS   2014 JUL -3  PM 3: 21
FORT WORTH DIVISION

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| BRADY MICHAEL GREEN | § | |
| | § | |

4-14 CR- 145 - 0

INFORMATION

The United States Attorney charges:

Count One
False Statement
(Violation of 18 U.S.C. § 1001(a)(2))

On or about May 17, 2013, in the Fort Worth Division of the Northern District of Texas, in a matter within the jurisdiction of the Executive Branch of the United States Government, that is, the United States Department of Justice Bureau of Prisons, **Brady Michael Green**, defendant, did knowingly and willfully make a false statement by claiming to the Office of the Inspector General that he had sexual intercourse on one occasion with a female inmate of the Bureau of Prisons when the defendant then and there knew that he had sexual intercourse with the inmate on more than one occasion.

**Information - Page 1**

A violation of 18 U.S.C. § 1001(a)(2).


SARAH R. SALDAÑA
UNITED STATES ATTORNEY


DOUGLAS A. ALLEN
Assistant United States Attorney
Texas State Bar No. 24011525
801 Cherry St., Suite 1700
Fort Worth, Texas 76102
Telephone:817.252.5200
Facsimile:   817.978.3094

**Information - Page 2**