# United States District Court

NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 4:14-CR-145-O (01) |
|  | U.S. Marshal's No.: 48339-177 |
|  | Douglas Allen, Assistant U.S. Attorney |
| BRADY MICHAEL GREEN | Erin Brennan, Attorney for the Defendant |

On, July 7, 2014, the defendant, BRADY MICHAEL GREEN, entered a plea of guilty to Count One of the One Count Information filed on July 3, 2014. Accordingly, the defendant is adjudged guilty of such Count, which involves the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1001(a)(2) | False Statement | May 17, 2013 | 1 |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission pursuant to Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100.00 for Count One of the One Count Information filed on July 3, 2014.

The defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed on September 22, 2014.

_____
REED O'CONNOR
U.S. DISTRICT JUDGE


Signed October 3, 2014.

Judgment in a Criminal Case
Defendant:   BRADY MICHAEL GREEN
Case Number:   4:14-CR-145-O (01)

Judgment -- Page 2  of  3

# IMPRISONMENT

The defendant, BRADY MICHAEL GREEN, is hereby committed to the custody of the Federal Bureau of Prisons (BOP) to be imprisoned for a term of **THREE (3) months** on Count One of the One Count Information filed on July 3, 2014.

The defendant is to voluntarily surrender to the assigned BOP facility on or before 2:00pm on October 21, 2014.

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **ONE (1) year** on Count One of the One Count Information filed on July 3, 2014.

While on supervised release, in compliance with the standard conditions of supervision adopted by the United States Sentencing Commission, the defendant shall:

( 1)   not leave the judicial district without the permission of the Court or probation officer;
( 2)   report to the probation officer as directed by the Court or probation officer and submit a truthful and complete written report within the first five (5) days of each month;
( 3)   answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
( 4)   support the defendant's dependents and meet other family responsibilities;
( 5)   work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
( 6)   notify the probation officer within seventy-two (72) hours of any change in residence or employment;
( 7)   refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
( 8)   not frequent places where controlled substances are illegally sold, used, distributed, or administered;
( 9)   not associate  with any persons engaged in criminal activity and  not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
(10)   permit a probation  officer to visit the defendant at any time at home or elsewhere and  permit confiscation of any contraband observed in plain view by the probation officer;
(11)   notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
(12)   not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and
(13)   notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement, as directed by the probation officer.

In addition the defendant shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the U.S. probation officer;

Judgment in a Criminal Case  
Defendant:   BRADY MICHAEL GREEN                                                                                            Judgment -- Page 3  of  3  
Case Number:   4:14-CR-145-O (01)

        report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons; and,

        submit to urine surveillance to determine if the defendant has become involved in the use of illegal drugs.

## FINE/RESTITUTION

    The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration and make restitution.

## RETURN

    I have executed this judgment as follows:

_____

_____

    Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

                                                                                                                                _____

                                                                                                                            United States Marshal

                                                                                               BY   _____

                                                                                                    Deputy Marshal